Page 1 of 7
Case 2:19-cv-00884-JLB-NPM   Document 5   Filed 12/13/19   Page 1 of 7
Case 2:19-cv-00884-JLB-NPM   Document 1-6   Filed 12/13/19   Page 1 of 7 PageID 26

Filing # 98065511 E-Filed 10/29/2019 04:49:26 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA     CIVIL ACTION

MARCIA BUCCIERI,
    Plaintiff,

v.     Case No.

WAL-MART STORES EAST, LP
D/B/A WAL-MART and
ASSA ABLOY ENTRANCE
SYSTEMS US INC.
    Defendants.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW, MARCIA BUCCIERI, by and through her undersigned counsel, and sues the Defendants, WAL-MART STORES EAST, LP D/B/A WAL-MART and ASSA ABLOY ENTRANCE SYSTEMS US INC.

### JURISDICTION AND IDENTIFICATION OF PARTIES

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars, exclusive of interest and costs.

2. That at all times material hereto, Plaintiff, MARCIA BUCCIERI, was a resident of Fort Myers, Lee County, Florida and otherwise *sui juris*.

3. That at all times material hereto, Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART, is a corporation authorized to do business, and doing business and maintaining offices in Lee County, Florida and owned, operated, possessed, controlled, managed and/or maintained the premises located at Walmart Store #00987 located at the intersection of US Highway 41 and Ben Pratt/Six Mile Cypress Parkway, Fort Myers, Lee County, Florida.

4. That at all times material hereto, Defendant, ASSA ABLOY ENTRANCE

SYSTEMS US INC, was and is a Foreign Profit Corporation registered to do business in Florida which installed, maintained, serviced, inspected, repaired, designed, manufactured, produced, distributed and/or sold automatic doors, including but not limited to the subject automatic door involved in the subject incident in Florida which caused injury to Plaintiff, MARCIA BUCCIERI.

## FACTS GIVING RISE TO CAUSE OF ACTION

5. That on or about November 1, 2015, Plaintiff, MARCIA BUCCIERI, was an invitee and was lawfully at the Wal-Mart Store in Fort Myers, Lee County Florida. At said time and place, Plaintiff, MARCIA BUCCIERI, was injured when the automatic doors located at the entrance of the Wal-Mart Store closed on her and she was seriously injured.

## COUNT I
## NEGLIGENCE CLAIM AGAINST DEFENDANT, WAL-MART STORES EAST, LP D/B/A WAL-MART

6. Plaintiff realleges and reavers paragraphs 1-5 as if fully set forth herein and would further state as follows:

7. That at the above described time and place, Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART, by and through its officers, agents, apparent agents, servants, and/or employees had a duty to keep the subject premises reasonably safe for its invitees, and more specifically, Plaintiff, MARCIA BUCCIERI.

8. That at the above described time, Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART, by and through their officers, agents, servants, and/or employees had a duty to warn and/or protect the Plaintiff, MARCIA BUCCIERI, from a negligent and/or dangerous condition of which it knew or should have known prior to the subject incident as same had existed for a sufficient length of time.

Page 3 of 7
Case 2:19-cv-00884-JLB-NPM   Document 5   Filed 12/13/19   Page 3 of 7 PageID 45
Case 2:19-cv-00884-JLB-NPM   Document 1-6   Filed 12/13/19   Page 3 of 7 PageID 26

9. That at the above described time and place, the Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART breached its duty to the Plaintiff, MARCIA BUCCIERI, creating a negligent and/or dangerous condition through any one or more of the following acts or omissions:

   a. negligently and carelessly failed to maintain the subject area in a reasonably safe condition; and/or

   b. negligently and carelessly failed to warn, and/or protect Plaintiff from a negligent and/or dangerous condition of which it knew or should have known prior to the subject incident as same had existed for a sufficient length of time; and/or

   c. negligently and carelessly created a dangerous condition; and/or

   d. acts and/or omissions not yet discovered.

10. That at said time and place, the said dangerous and negligent conditions were not apparent to Plaintiff, MARCIA BUCCIERI.

11. That the Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART, herein by and through their officers, agents, servants and/or employees, failed to warn and or protect the Plaintiff, MARCIA BUCCIERI, from the negligent and/or dangerous condition of which it knew or should have known prior to the subject incident as same had existed for a sufficient length of time.

12. That as a direct and proximate result of the negligence of the Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART, as aforesaid, Plaintiff, MARCIA BUCCIERI, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of previously existing condition.

The losses are either permanent or continuing in their nature, and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, MARCIA BUCCIERI, demands judgment against Defendant, WAL-MART STORES EAST, LP D/B/A WAL-MART, for compensatory damages together with lawful costs of this suit, and a trial by jury of all issues triable as a matter of right by a jury.

## COUNT II
## NEGLIGENCE CLAIM AGAINST DEFENDANT, ASSA ABLOY ENTRANCE SYSTEMS US INC.

13. Plaintiff realleges and reaves paragraphs 1-12 as if fully set forth herein and would further state as follows:

14. That all times material hereto, the Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC., had a duty to use reasonable care in the design, manufacture, production, distribution, sale, installation, service, inspection, maintenance and repair of the above-described automatic door.

15. The Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC., breached said duty in that Defendant:

    a. Failed to design the automatic door in such a way as to be safe and to not cause injuries to persons using said door; and

    b. Failed to manufacture the automatic door from material which was adequate to safely use said door; and/or

    c. Distributed said automatic door which was designed and manufactured in such a way as to be inadequate to safely perform the functions required of such automatic door; and/or

    d. Sold the automatic door which was designed and manufactured in such a way as to be inadequate to safely perform the functions that said automatic door was designed to perform; and/or

    e. Failed to warn of the dangers presented by the use of the automatic

4

Case 2:19-cv-00884-JLB-NPM   Document 1-6   Filed 12/13/19   Page 5 of 7 PageID 30

    door; and/or

    f. Failed to adequately test the automatic door; and/or

    g. Failed to properly install, service, inspect, maintain and/or repair the automatic door; and/or

    h. Acts and/or omissions not yet discovered.

16. As a direct and proximate result of the negligence of the Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC., as aforesaid, Plaintiff, MARCIA BUCCIERI, suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff, MARCIA BUCCIERI, will suffer the losses in the future.

WHEREFORE, Plaintiff, MARCH BUCCIERI, demands judgment against the Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC., for compensatory damages, together with lawful costs of this suit and a trial by jury of all issues triable as a matter of right by a jury.

## COUNT III
## STRICT LIABILITY CLAIM AGAINST
## ASSA ABLOY ENTRANCE SYSTEMS US INC.

17. Plaintiff realleges and reavers paragraphs 1-16 as if fully set forth herein and would further state as follows:

18. That at all times material hereto, the Defendant installed and was the manufacturer, designer, producer, seller and distributor of the subject automatic door.

Page 6 of 7
Case 2:19-cv-00884-JLB-NPM   Document 5-6   Filed 12/13/19   Page 6 of 7 PageID 48
Case 2:19-cv-00884-JLB-NPM   Document 1-6   Filed 12/13/19   Page 6 of 7 PageID 31

19. That in the normal course of business the subject automatic door was expected to reach and did reach the Plaintiff, MARCIA BUCCIERI, without substantial change in the condition in which the subject automatic door was sold.

20. The subject automatic door was in a defective condition and unreasonably dangerous to the use or consumer when originally sold by the Defendant, when it left defendant's control due to the defects of the design and/or manufacture in the following regards:

   a. Failed to design the automatic door in such a way as to be safe and to not cause injuries to persons using said automatic door; and/or
   b. Failed to manufacture the automatic door from material which was adequate to safely use said automatic door; and/or
   c. Distributed said automatic door which was designed and manufactured in such a way as to be inadequate to safely perform the functions required of said automatic door; and/or
   d. Sold the automatic door which was designed and manufactured in such a way as to be inadequate to safely perform the functions required of said automatic door; and/or
   e. Failed to warn of the dangers presented by the use of the automatic door; and/or
   f. Failed to adequately test the automatic door; and/or
   g. Acts and/or omissions not yet discovered.

21. That at all times material hereto, the Plaintiff, MARCIA BUCCIERI, was within the scope of persons who would foreseeably use and/or be affected by the subject automatic door.

22. The Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC., is strictly liable for any physical harm caused to the Plaintiff, MARCIA BUCCIERI, as a result of defects of the above-described automatic door manufactured, designed, produced, sold and distributed by the Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC.

23. As a direct and proximate result of the strict liability of the Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC., as aforesaid, Plaintiff, MARCIA BUCCIERI, suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff, MARCIA BUCCIERI, will suffer the losses in the future.

WHEREFORE, the Plaintiff, MARCIA BUCCIERI, demands judgment against Defendant, ASSA ABLOY ENTRANCE SYSTEMS US INC., for damages, together with lawful costs of this suit and a trial by jury of all issues triable as a matter of right by jury.

WILBUR SMITH ATTORNEYS AT LAW
Attorneys for *Plaintiffs*
2200 Broadway
Fort Myers, Florida 33901
Telephone: (239) 334-7696
E-Service: hadams@wilburlaw.com
cburley@wilburlaw.com

By: _____
Hal Adams
Florida Bar No. 145564