UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCIA BUCCERI,

       Plaintiff,

v.                                                          Case No.: 2:19-cv-00884-JLB-NPM

ASSA ABBLOY ENTRANCE SYSTEMS US,
INC., and WAL-MART STORES EAST, LP
d/b/a WAL-MART,

       Defendants.

_____/

## ORDER

The parties have filed a stipulation of dismissal with prejudice (Doc. 28) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida on November 2, 2020.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE